# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BOB BAILOT  
4996 PINE CONE COURT, APT. A  SSN-xxx-xx-5551  
LOVES PARK, IL  61111

Case Number: 06-72362

Case filed on: 12/13/2006  
Plan Confirmed on: 5/3/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $5,057.50        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY CHARLES T SEWELL 2554984 | 2,474.00 | 2,474.00 | 1,525.00 | 0.00 |
|  | Total Legal | 2,474.00 | 2,474.00 | 1,525.00 | 0.00 |
| 999 | BOB BAILOT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE | 15,704.72 | 15,704.72 | 1,487.56 | 1,156.40 |
|  | Total Secured | 15,704.72 | 15,704.72 | 1,487.56 | 1,156.40 |
| 002 | HSBC AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN EXPRESS CENTURION BANK | 14,989.91 | 7,794.75 | 162.07 | 0.00 |
| 004 | AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | B-REAL LLC | 8,079.31 | 4,201.24 | 87.36 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 9,207.17 | 4,787.73 | 99.55 | 0.00 |
| 007 | FCNB | 781.27 | 406.26 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 21,792.91 | 11,332.31 | 235.63 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 823.33 | 428.13 | 0.00 | 0.00 |
|  | Total Unsecured | 55,673.90 | 28,950.42 | 584.61 | 0.00 |
|  | Grand Total: | 73,852.62 | 47,129.14 | 3,597.17 | 1,156.40 |

Total Paid Claimant:     $4,753.57  
Trustee Allowance:       $303.93  
Percent Paid Unsecured:  2.02

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan